UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No:   23-MJ-6322                                                                   Date: December 12, 2023

Present:  The Honorable Charles F. Eick, United States Magistrate Judge

Interpreter:

| Valencia Munroe | CourtSmart/ECRO | Jason Gorn |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Adam Ross Bregman | X | | X | Ijeoma Eike | X | | |

**Proceedings:**   **(IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

   In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States is ordered to produce all exculpatory evidence to the defendant under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, referral to a disciplinary authority and sanctions.