FILED
CLERK, U.S. DISTRICT COURT
12/13/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: vmun   DEPUTY

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
IJEOMA U. EKE (Bar No. 331938)
(E-Mail: Ijeoma_Eke@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-3107
Facsimile: (213) 894-7556

Attorneys for Defendant
ADAM ROSS BREGMAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM ROSS BREGMAN,<br><br>Defendant. | Case No. MJ 23-6322<br><br>**STIPULATION TO AMEND CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER** |

Defendant Adam Ross Bregman, through his attorney of record, Deputy Federal Public Defender Ijeoma U. Eke, and the United States of America, through its attorney of record, Assistant United States Attorney Jason Gorn, stipulate as follows:

(1) On December 12, 2023, Mr. Bregman was arrested and made his initial appearance before the Honorable Charles F. Eick.

(2) The government request for detention was denied and Mr. Bregman was released on conditions including a $250,000 bond secured by affidavits of surety by Danny Javidzad and Jacob Penzer.

(3) The parties stipulate and agree that LeiLani Roach, Mr. Bregman's mother-in-

law, shall serve as a surety in place of Danny Javidzad and Jacob Penzer and execute an unsecured affidavit of surety in the amount of $250,000.

(4) The parties stipulate that all other conditions of Mr. Bregman's pretrial release should remain in place.

IT IS SO STIPULATED.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 13, 2023      By  /s/ Ijeoma U. Eke
                              IJEOMA U. EKE
                              Deputy Federal Public Defenders
                              Attorney for ADAM ROSS BREGMAN


E. MARTIN ESTRADA
United States Attorney

DATED: December 13, 2023      By  /s/ Jason Gorn (with permission)
                              JASON GORN
                              Assistant United States Attorney